Ashden Schexnayder #51670-074         Antonio Crawford 43793-424
Name and Prisoner/Booking Number
United States Penitentiary
Place of Confinement
P.O. Box 24550
Mailing Address
Tucson, AZ. 85734
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
┌─────────────────────────────┐
│  ☒ FILED    ☐ LODGED        │
│                             │
│    Jan 25 2022              │
│                             │
│  CLERK U.S. DISTRICT COURT  │
│   DISTRICT OF ARIZONA       │
└─────────────────────────────┘
```

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

ASHDON "ASHLIEGH" SCHEXNAYDER ,
(Full Name of Plaintiff)
ANTONIO "ASIA" CRAWFORD ,
                    Plaintiff,

v.

(1) MICHAEL CARVAJAL ,
(Full Name of Defendant)
(2) CATRICIA HOWARD ,

(3) _____ ,

(4) _____ ,
           Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CV-22-00036-TUC-JCH-PSOT

CASE NO. CV-22-00002-TUC-JCH (PSOT)
          (To be supplied by the Clerk)

Class Action
**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**
In Support of Attached
Memorandum of Law
☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: United States Penitentiary Tucson, Arizona.

**550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: _MICHAEL  CARVAJAL_ ___ .  The  first  Defendant is employed
as: _See  page  2  of  memorandum_ at_____.
                    (Position and Title)                                        (Institution)

2.  Name of second Defendant: _CATRICIA  HOWARD_  The second Defendant is employed as:
as: _See  Page  2  of  memorandum_ at_____.
                    (Position and Title)                                        (Institution)

3.  Name of third Defendant: _____.  The  third  Defendant is employed
as: _____ at_____.
                    (Position and Title)                                        (Institution)

4.  Name of fourth Defendant: _____.  The  fourth  Defendant is employed
as: _____ at_____.
                    (Position and Title)                                        (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?        ☐ Yes        ☒ No

2.  If yes, how many lawsuits have you filed? _____.  Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
           _____.

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
           _____.

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
           _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: *See Memorandum on Page 8*

2.  **Count I.  Identify the issue involved.  Check only one.**  State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☒ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

    *See Memorandum page 2-8*

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

    *See Memorandum Page 2-8*

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                           ☒ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Count 1?                ☒ Yes   ☐ No
    c.  Did you appeal your request for relief on Count I to the highest level?      ☒ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. *I provided prison officials with them but they did not properly process the timely filed Administrative Remedies.*

## COUNT II

1.  State the constitutional or other federal civil right that was violated: _See Memorandum_
_page 8_

2.  **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
    - ☒ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_See Memorandum page 2-8_

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_See Memorandum page 2-8_

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Count II?   ☒ Yes   ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level?   ☒ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _I provided prison officials with them but they did not properly process the timely filed Administrative Remedies._

4

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Count III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    ☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at
        your institution?                                                    ☐ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Count III?      ☐ Yes    ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?  ☐ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not.  _____
        _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

### E.   REQUEST FOR RELIEF

State the relief you are seeking:

*See Memorandum page 8-9*

_____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **1 - 8 - 2 2**
　　　　　　　　　DATE

x_____
　　　　SIGNATURE OF PLAINTIFF # 1

_____
*Signature of Plaintiff # 2*

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.